THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDE FRANCIS, Appellant.

Submitted March 21, 2016; decided June 9, 2016

Motion by Youth Represent et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.